UNITED STATES of America, Plaintiff–Appellee,

v.

Gilberto VASQUEZ–LOPEZ, Defendant–Appellant.

No. 00–50734.

D.C. No. CR–00–02034–JNK.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 24, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

MEMORANDUM **

Gilberto Vasquez–Lopez appeals the 15–month sentence imposed following his guilty-plea conviction for possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vasquez–Lopez contends that 21 U.S.C. § 841 is facially unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is foreclosed by *United States v. Buckland*, 289 F.3d 558, 2002 WL 857751 (9th Cir. May 7, 2002) (en banc). Vasquez–Lopez also contends that under *Apprendi*, the government is required to prove drug type and quantity beyond a reasonable doubt. We recently rejected this argument in *United States v. Carranza*, 289 F.3d 634, ——, at *7, 2002 WL 841175 (9th Cir. May 3, 2002) (holding that *Apprendi* does not change the "long established rule" that the government need only show that the defendant knew he imported or possessed some controlled substance).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.